UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PEDRO HERNANDEZ, et al.,

    Plaintiffs,

v.

GORDON ENGLAND, SECRETARY OF THE NAVY, et al.,

    Defendants.

Civil No. 05-1504 (JAF)

## **O R D E R**

This case is dismissed without prejudice for Plaintiffs' failure to comply with the CM/ECF requirements concerning the electronic filing of the initiating documents within twenty-four hours from the opening of the docket.

If the Plaintiffs wish to refile, a new filing fee must be paid. No reconsideration will be entertained, because counsel's conduct is inexcusable.

Judgment to enter accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 20th day of May, 2005.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                    Chief U. S. District Judge